IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
            Plaintiff,

v.                                                              Criminal No. 2:03CR20032-001

DENNY EUGENE GOINES,
            Defendant.

## FINAL ORDER OF FORFEITURE

On December 18, 2003, the Court entered a Preliminary Order of Forfeiture pursuant

to the provisions of 18 U.S.C. § 2253 and Federal Rules of Criminal Procedure, Rule 32.2(b)(3),

based upon the defendant's guilty plea to Count Two of the indictment.

On December 27, 2003, January 3, and 10, 2004, the United States published in the

Times Record, a newspaper of general circulation in the county in which the defendant resides and

where certain property was found, notice of this forfeiture and the intent of the United States to

dispose of the property in accordance with the law. The notice further notified all third parties of

their rights to petition the Court within thirty (30) days of the publication for a hearing to adjudicate

the validity of their alleged legal interest in the properties subject to forfeiture.

More than thirty (30) days have passed since the final publications and no third party

petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1.  That based upon the guilty plea, the factual basis presented to the Court, the

agreement of the parties, and the reasons stated at bar, the Court finds that the personal property

described as:

This document entered on docket in
compliance with Rule 32 (d) (1) and
Rule 55 FRCrP

136

on 2-10-04    by Mary Rodgers

(a) One 1998 White Dodge Ram pickup truck with extended cab, VIN 1B7HC13Z3WJ259451;

(b) Hewlett Packard computer, Pavillion 520n Model, Serial #MX203A1310;

(c) Hewlett Packard Deskjet 845c printer;

(d) Polk Audio speakers;

(e) Mustek Bearpaw 1200 CS scanner;

(f) Logitech web camera;

(g) Veo Stingray web camera and

(h) Cyberpower 900AVR Uninterruptable Power Supply.

are hereby forfeited to the United States of America, and shall be disposed of according to law.

2. That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant property.

IT IS SO ORDERED this *10th* day of February, 2004.

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 1 0 2004

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK